## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYRIAKI DEMETRIOU KAMPERI,<br><br>     *Plaintiff*,<br><br>  v.<br><br>MARCO RUBIO, in His Official Capacity as Secretary of State, *et al.*,<br><br>     *Defendants*. | No. 1:25-cv-02577 (PLF) |

### JOINT MOTION FOR A TEMPORARY STAY

Plaintiff Kamperi and Defendants—the Secretary of the U.S. Department of State, in his official capacity; the U.S. Department of State; the U.S. Secretary of the Treasury, in his official capacity; the U.S. Department of the Treasury; and, the Office of Foreign Assets Control—by and through undersigned, have conferred and respectfully request that the Court enter a temporary stay of all litigation deadlines pending a final decision on Plaintiff's delisting petition.

Plaintiff filed this action on August 6, 2025, challenging the decision by the U.S. Department of State (State or State Department) to designate Plaintiff Kamperi on the Specially Designated Nationals and Blocked Persons (SDN) List pursuant to Executive Order (E.O.) 14024. As a result, Defendants' response deadline is currently set for October 14, 2025.

Since the filing of this suit, the parties have engaged in discussions relating to Plaintiff's delisting petition and have further agreed that Plaintiff will respond to another questionnaire issued by the State Department, which will assist the State Department in adjudicating Plaintiff's delisting petition. The parties further agree that the State Department's decision on Plaintiff's delisting petition may obviate the need for further proceedings in this matter.

1

Thus, in the interest of conserving the resources of the parties and the Court, the parties respectfully request that the Court temporarily stay all litigation deadlines, in accordance with the following proposed schedule:

- The State Department will issue a follow-up questionnaire to Plaintiff by September 29, 2025, seeking a response from Plaintiff within 30 days.

- Within 60 days of the State Department's receipt of Plaintiff's questionnaire response, and no later than December 28, 2025, the parties will file a joint status report informing the Court about whether this litigation will proceed and, if so, recommending a proposed schedule.

A proposed order accompanies this motion.

Dated: September 26, 2025

Respectfully submitted,

*/s/ Christopher D. Man*
Christopher D. Man (Bar No. 453553)
Cari N. Stinebower (Bar No. 457147)
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
(202) 282-5000 (phone)
(202) 282-5100 (fax)
CMan@winston.com
CStinebower@winston.com

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney (D.C. Bar No. 1685531)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel.: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KYRIAKI DEMETRIOU KAMPERI,

        *Plaintiff,*

   v.

MARCO RUBIO, in His Official Capacity as
Secretary of State, *et al.*,

        *Defendants*.

No. 1:25-cv-02577 (PLF)

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for Temporary Stay, it is hereby

**ORDERED** that the Motion is **GRANTED**.  All pending deadlines will be temporarily stayed,

and the parties shall file a joint status report no later than December 28, 2025.

**SO ORDERED** this _____ day of _____, 2025.

_____
Hon. Paul L. Friedman

3