IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYRIAKI DEMETRIOU KAMPERI,<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO RUBIO, in His Official Capacity as Secretary of State, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-02577 (PLF) |

## JOINT STATUS REPORT

Plaintiff Kamperi and Defendants—the Secretary of the U.S. Department of State, in his official capacity; the U.S. Department of State; the U.S. Secretary of the Treasury, in his official capacity; the U.S. Department of the Treasury; and, the Office of Foreign Assets Control—by and through undersigned, have conferred and respectfully submit the following joint status report in accordance with the Court's September 29, 2025, Minute Order.

1. Plaintiff filed this action on August 6, 2025, challenging the decision by the U.S. Department of State (State or State Department) to designate Plaintiff Kamperi on the Specially Designated Nationals and Blocked Persons (SDN) List pursuant to Executive Order (E.O.) 14024.

2. In accordance with the Court's September 29, 2025, Minute Order, the State Department issued a follow-up questionnaire to Plaintiff on or before September 30, 2025, and Plaintiff issued a response on or before October 30, 2025, during the 43-day lapse in government appropriations.

3. As a result of Plaintiff's response to the State Department's questionnaire, Defendants expect to issue a decision on Plaintiff's delisting petition as soon as practicable.

1

4.      Because Defendants' forthcoming decision may obviate the need for briefing in this matter, the parties, in the interest of conserving resources, respectfully request that they be permitted to submit another joint status report in approximately two weeks, *i.e.*, by January 9, 2026.

Dated: December 26, 2025

*/s/ Christopher D. Man*
Christopher D. Man (Bar No. 453553)
Cari N. Stinebower (Bar No. 457147)
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
(202) 282-5000 (phone)
(202) 282-5100 (fax)
CMan@winston.com
CStinebower@winston.com

*Counsel for Plaintiff*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney (D.C. Bar No. 1685531)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel.: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*