IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYRIAKI DEMETRIOU KAMPERI,<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO RUBIO, in His Official Capacity as Secretary of State, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-02577 (PLF) |

**JOINT STATUS REPORT**

Plaintiff Kamperi and Defendants—the Secretary of the U.S. Department of State, in his official capacity; the U.S. Department of State; the U.S. Secretary of the Treasury, in his official capacity; the U.S. Department of the Treasury; and the Office of Foreign Assets Control—by and through undersigned, have conferred and respectfully submit the following joint status report in accordance with the Court's December 29, 2025, Minute Order.

1. Plaintiff filed this action on August 6, 2025, challenging the decision by the U.S. Department of State (State or State Department) to designate Plaintiff Kamperi on the Specially Designated Nationals and Blocked Persons (SDN) List pursuant to Executive Order (E.O.) 14024.

2. In accordance with the Court's September 29, 2025, Minute Order, the State Department issued a follow-up questionnaire to Plaintiff on or before September 30, 2025, and Plaintiff issued a response on or before October 30, 2025, during the 43-day lapse in government appropriations.

3. On January 8, 2026, Defendants issued a decision on Plaintiff's delisting petition. In light of that decision, Plaintiff intends to voluntarily dismiss this suit within the next week.

| | |
|---|---|
| Dated: January 8, 2026 | Respectfully submitted, |
| /s/ Christohper D. Man | BRETT A. SHUMATE |
| Christopher D. Man (Bar No. 453553) | Assistant Attorney General |
| Cari N. Stinebower (Bar No. 457147) | |
| WINSTON & STRAWN LLP | STEPHEN M. ELLIOTT |
| 1901 L Street, N.W. | Assistant Branch Director |
| Washington, D.C. 20036 | |
| (202) 282-5000 (phone) | /s/ Sarah M. Suwanda |
| (202) 282-5100 (fax) | SARAH M. SUWANDA |
| CMan@winston.com | Trial Attorney (D.C. Bar No. 1685531) |
| CStinebower@winston.com | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| | Washington, D.C. 20005 |
| | Tel.: (202) 305-3196 |
| | E-mail: sarah.m.suwanda@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |