IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYRIAKI DEMETRIOU KAMPERI,<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO RUBIO, in His Official Capacity as Secretary of State, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-02577 (PLF) |

**NOTICE OF VOLUNTARY DISMISSAL**

Because Defendants have voluntarily delisted Ms. Kamperi from the Specially Designated Nationals and Blocked Persons List, Ms. Kamperi gives notice of her voluntary dismissal of this case without prejudice. *See* Fed. R. Civ. P. 41(a). Defendants have not answered or moved for summary judgment.

Respectfully submitted,


*/s/ Christopher D. Man*
Christopher D. Man (Bar No. 453553)
Cari N. Stinebower (Bar No. 457147)
Winston & Strawn LLP
1901 L Street, N.W.
Washington, D.C. 20036
(202) 282-5000 (phone)
(202) 282-5100 (fax)
CMan@winston.com
CStinebower@winston.com

*Counsel for Plaintiff*

1